*Charles S. Mooers et al., ex'rs, &c.* v. *Wooster Saunders et al.* W. F. HAILE, for appellants; A. C. MOORE, for respondents. Decree appealed from modified; without costs to either party upon the appeal.

*John B. Colegrove et al. ex'rs., &c.* v. *Sarah Horton.* J. HOLMES, for appellants; C. G. NUN, for respondent. Appeal from an order of a surrogate requiring appellants to give security as executors of J. Colegrove, deceased. The chancellor decided that where a person interested in the estate of the decedent seeks to obtain a security from the executors to whom probate of the will has been granted, it is not sufficient for him, in his petition to the surrogate to state generally, in the language of the revised statutes, that according to his information and belief the circumstances of the executors are so precarious as not to afford adequate security for the due administration of the estate. But that the petition should state such particulars as to the situation and value of the estate of the decedent, and the pecuniary circumstances of the executors as prima facie to render it probable that the estate of the testator will not be safe in their hands. And that if the executors, upon the return of the citation, answer the petition and deny the allegations therein, upon oath, the applicant must give some proof to induce the surrogate to presume those allegations are true.

Order appealed from reversed, and petition of respondents dismissed with costs, including costs of the executors upon the appeal.

*Jacob Le Roy et al.* v. *Joseph L. Joseph et al.* T. SEDGWICK, for appellant; C. E. BUTLER, for respondents. Decree appealed from affirmed with costs, and proceedings remitted.

*Sterling G. Hadley, trustee, &c.* v. *Ephraim Chapin et al.* J. K. RICHARDSON, for appellants; J. McALLISTER, for respondent. Decree of the vice chancellor reversed with costs, so far as concerns the appellants and the several parcels of the mortgaged premises to which they have derived title under conveyances from McCarty, as stated in their answer.— And the bill, as to the four defendants who have answered, dismissed with costs.

*Anthony Franklin* v. *Ann Van Cott et al.* C. JUDSON, for applicants G. & W. Hastings. Order confirming master's report, so far as relates to rights of the applicants, and disaf-